Law Office of Richard D. Kinkade
2121 W Airport Freeway
Suite 400
Irving, TX 75062

Bar Number: 11477350
Phone: (972) 256-4444

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**
Revised 11-1-05

IN RE: §
**Michael T. Mayes** §  CASE NO: **09-40084-DML-13**
 §
Debtor(s) §
 §

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS   DATED: **1/5/2009**.

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with General Order 2005-05, as indicated below:

| Periodic Payment Amount | **Variable Plan Payments. See Monthly Schedule below.*** | |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | See below* |
| Trustee Fee | $26.00 | See below* |
| Filing Fee | $0.00 | See below* |
| Noticing Fee | $32.55 | See below* |
| **Subtotal Expenses/Fees** | **$63.55** | **See below*** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims: | **$201.45** | **See below*** |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | Total Adequate Protection Payments for Secured Creditors: | **$0.00** |

**SPECIAL CLASS CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | Total Adequate Protection Payments for Special Class Creditors: | **$0.00** |
| | | | | Total Adequate Protection Payments: | **$0.00** |
| | | | | Funds Available For Debtor's Attorney First Disbursement: | **$201.45** |
| | | | | Funds Available For Debtor's Attorney Future Disbursements: | **See below*** |
| | | | | Available For Secured Creditors as Authorized by the Plan: | **$418.50**** |

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

***Monthly Schedule**

| Month | Plan Payment | Account Balance Reserve | Related Expense to Trustee | Filing Fees | Noticing Fees | Subtotal Expenses/ Fees | Available | Available for APD | Available for Attorney |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $265.00 | $5.00 | $26.00 | $0.00 | $32.55 | $63.55 | $201.45 | $0.00 | $201.45 |
| 2 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 3 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 4 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 5 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 6 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 7 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 8 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 9 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 10 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 11 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 12 | $265.00 | | $26.50 | | | $26.50 | $238.50 | $0.00 | $238.50 |
| 13 | $465.00 | | $46.50 | | | $46.50 | $418.50 | $0.00 | $418.50 |

DATED: **01/13/2009**

**/s/ Richard D. Kinkade**  
Attorney for Debtor(s)                                                             Trustee, Attorney for Trustee or Trustee's Representative